**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**DENISE YOUNG,**
    **Plaintiff,**

-vs-                                                                                               Case No. C-1-01-803

**CHILDREN'S HOSPITAL MEDICAL
CENTER, et al**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

        **Jury Verdict.**        This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendants' Motion for Summary Judgment (#29) is GRANTED. Case Dismissed at Plaintiff's cost and is Terminated on the docket of this Court.

Date: October 10, 2003                                      KENNETH J. MURPHY, JR., CLERK

                                                                                       By: s/ Darlene Maury
                                                                                       Darlene Maury, Deputy Clerk